United States District Court
Southern District of Texas
**ENTERED**
September 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RICHARD SCOTT SHAFER, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 2:20-CV-167 |
| § | |
| LORIE DAVIS, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Before the Court is Magistrate Judge Jason B. Libby's Memorandum and Recommendation (M&R), entered on May 25, 2021. (D.E. 61). The M&R recommends that the Court deny Plaintiff's Motion for Preliminary Injunction and/or Protective Order. (D.E. 58)

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. Plaintiff timely filed objections to the M&R. (D.E. 62). Having carefully reviewed the proposed findings and conclusions of the M&R, the record, the applicable law, and having made a de novo review of the portions of the M&R to which Plaintiff's objections were directed, 28 U.S.C. § 636(b)(1), the court **OVERRULES** Plaintiff's objections. (D.E. 62). Therefore, the Court **ADOPTS** the M&R in its entirety. (D.E. 61). Accordingly, Plaintiff's Motion for Preliminary Injunction and/or Protective Order is **DENIED**. (D.E. 58).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Dated: Corpus Christi, Texas
September 7, 2021